**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **3DH Hospitality, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Humo Smokehouse** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **92-3427866** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1000 N. Rohlwing Road, Suite 13 Lombard, IL 60148**<br>Number, Street, City, State & ZIP Code | **1008 S. Harvard Ave. Addison, IL 60101**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **DuPage**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   **Humosmokehouse.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **3DH Hospitality, LLC**                              Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_**7225**_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor    **3DH Hospitality, LLC**                                      Case number (*if known*) _____
            Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?    _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other    _____

**Where is the property?**    _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name    _____
          Phone    _____

---

**█   Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

☐  Funds will be available for distribution to unsecured creditors.

☒  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000
☒ 50-99         ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000        ☐ More than100,000
☐ 200-999

**15.  Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☒ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

---

Debtor   **3DH Hospitality, LLC**
Name                                              Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **3DH Hospitality, LLC** _____   Case number (*if known*) _____
Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 18, 2024**
MM / DD / YYYY

X **/s/ Carolina Diaz** _____   **Carolina Diaz**
Signature of authorized representative of debtor   Printed name

Title   **Manager** _____

**18. Signature of attorney**

X **/s/ Firas M. Abunada** _____   Date   **June 18, 2024**
Signature of attorney for debtor   MM / DD / YYYY

**Firas M. Abunada**
Printed name

**Firas Law, LLC**
Firm name

**18927 Hickory Creek Drive, Suite 115**
**Mokena, IL 60448**
Number, Street, City, State & ZIP Code

Contact phone   **815-450-9340**   Email address   **fma@firaslaw.com**

**6307633 IL**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **3DH Hospitality, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 18, 2024**          *X* **/s/ Carolina Diaz**
                                          Signature of individual signing on behalf of debtor

                                          **Carolina Diaz**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **3DH Hospitality, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................   $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................   $     155,171.11

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................   $     155,171.11

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     334,246.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     23,472.65

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$     392,578.41

4.   Total liabilities ..........................................................................................................
    Lines 2 + 3a + 3b     $     750,297.06

**Fill in this information to identify the case:**

Debtor name **3DH Hospitality, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | **$0.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **JP Morgan Chase Bank** | **Checking (Business)** | 2539 | **$0.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$0.00**

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security deposit held by Inland Property Management in the amount of $15,379.15 (lease for 1000 N. Rohlwing Road, Suite 13, Lombard, IL). Initial deposit was made on or about December 21, 2023, and may be deducted by the landlord for past due rent.** | **$15,379.15** |
| 7.2. | **Illinois Department of Revenue (MyIllinois Unemployment Insurance Account).** | **$1,826.96** |

| Debtor | **3DH Hospitality, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.

    | $17,206.11 |
    |---|

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4:    Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** **Various open and closed alcohol bottles and containers.** | **Late April 2024.** | **Unknown** | **Liquidation** | **$6,800.00** |

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

    | $6,800.00 |
    |---|

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **3DH Hospitality, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2"><strong>Part 7:</strong></td><td colspan="3"><strong>Office furniture, fixtures, and equipment; and collectibles</strong></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Various office supplies such as pens, pencils,**<br>**paper, stapler, and folders.** | **$100.00** | Liquidation | **$100.00** |
| | **See list of assets attached hereto as Exhibit A,**<br>**which is incorporated herein.** | **$0.00** | Liquidation | **$130,465.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**1 inkjet printer and 2 computers.** | **$600.00** | Liquidation | **$600.00** |
| | **Various Toast handheld point of sale units and**<br>**6 Toast stationary point of sale machines**<br>**attached to the cash registers.** | **Unknown** | Liquidation | **Unknown** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;<br>books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card<br>collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$131,165.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

<table>
<tr><td colspan="2"><strong>Part 8:</strong></td><td><strong>Machinery, equipment, and vehicles</strong></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2"><strong>Part 9:</strong></td><td><strong>Real property</strong></td></tr>
</table>

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

Debtor    **3DH Hospitality, LLC**                                Case number *(If known)* _____
          Name

☑ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1000 N Rohlwing Road, Suite 13, Lomard, IL 60148** | Lease | $0.00 | | $0.00 |

**56.**    **Total of Part 9.**                                                    | $0.00 |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☑ No
       ☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.    Internet domain names and websites** **Humosmokehouse.com;** **Humo.Lombard Brauer House (on FaceBook);** **and** **Humo Bruaer House (on Instagram).** | Unknown | Liquidation | Unknown |
| **62.    Licenses, franchises, and royalties** **State of Illinois Liquor License  (Retailer - Expires 12-31-24).** | Unknown | N/A | Unknown |
| **Illinois Business Authorization (Certificate of Registration).** | Unknown | N/A | Unknown |
| **63.    Customer lists, mailing lists, or other compilations** | | | |

| Debtor | **3DH Hospitality, LLC** | Case number *(If known)* | |
| | Name | | |

Customer names and email addresses
collected when tickets for live events are
purchased by and through Eventbrite.com.    **Unknown**    **N/A**    **Unknown**

**64.**    **Other intangibles, or intellectual property**

**65.**    **Goodwill**

**66.**    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    **$0.00**

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
  ■ No
  ☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ■ No
  ☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ■ Yes Fill in the information below.

**Current value of
debtor's interest**

**71.**    **Notes receivable**
Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**    **Interests in insurance policies or annuities**
**Spriska. Commercial General Liability, Liquor, and
Umbrella insurance.  No cash value.  Provided by Acord
(insurance producer is Southpoint Insurance Agency,
Inc.).**    **Unknown**

**Accident Fund.  Workers Compensation insurance and
Employers Liability insurance.  No cash value.**    **Unknown**

**74.**    **Causes of action against third parties (whether or not a lawsuit
has been filed)**

**75.**    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

Debtor   **3DH Hospitality, LLC**_____   Case number *(If known)* _____
Name

**Unknown claims, defenses, or counterclaims against SBBL, LLC, its owners, and officers.**_____                                              **Unknown**

Nature of claim _____

Amount requested               **$0.00**

**Unknown claims, defenses, or counterclaims against Accounting4U and or Edree Olson.**_____                                              **Unknown**

Nature of claim _____

Amount requested               **$0.00**

**Unknown claims, defenses, or counterclaims against Inland Property Management.**_____                                              **Unknown**

Nature of claim _____

Amount requested               **$0.00**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                                                 **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **3DH Hospitality, LLC**
Name

Case number *(If known)*

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,206.11 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,800.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $131,165.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $155,171.11 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $155,171.11 |

**Fill in this information to identify the case:**

Debtor name    **3DH Hospitality, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **SBBL, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Contract** | **$320,000.00** | **Unknown** |

**600 E. View**
**Lombard, IL 60148**
Creditor's mailing address

Describe the lien
**UCC Financing Statement** 30469798
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1-12-24**
**Last 4 digits of account number**
**N/A**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** **WebBank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Contract** | **$14,246.00** | **Unknown** |

**c/o Toast Capital**
**401 Park Drive, Suite 801**
**Boston, MA 02215**
Creditor's mailing address

Describe the lien
**UCC Financing Statement** 30668693
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5156**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **3DH Hospitality, LLC**                                    Case number *(if known)* _____
              Name

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$334,246.00**

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **SBBL, LLC**<br>**258 Parkview Drive**<br>**Addison, IL 60101** | Line **2.1** | |
| **Stacey Lynch Law, Inc.**<br>**16357 Olcott Ave.**<br>**Tinley Park, IL 60477** | Line **2.1** | |
| **WebBank**<br>**c/o Toast Capital**<br>**215 South State Street, Suite 100**<br>**Salt Lake City, UT 84111** | Line **2.2** | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name __**3DH Hospitality, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alan Caliendo**<br>**808 S. Fairfield**<br>**Lombard, IL 60148** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $207.69 | $207.69 |
| Date or dates debt was incurred | Basis for the claim:<br>**Trade debt** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Alesa Mueller**<br>**610 State Street St.**<br>**Saint Charles, IL 60174** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $628.09 | $628.09 |
| Date or dates debt was incurred | Basis for the claim:<br>**Trade debt** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **3DH Hospitality, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$427.28** | **$427.28** |
|---|---|---|---|---|

**Amy Stevens**
**1314 Kensington Road, Unit 3482**
**Hinsdale, IL 60522**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,945.96** | **$1,945.96** |
|---|---|---|---|---|

**Anna Luciano**
**258 W Parkview Dr.**
**Addison, IL 60101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$53.02** | **$53.02** |
|---|---|---|---|---|

**Ariel Muersch**
**15556 W 151st St.**
**Homer Glen, IL 60491**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$82.22** | **$82.22** |
|---|---|---|---|---|

**Ava Dill**
**2840 N 73rd Court, Unit Basement**
**Elmwood Park, IL 60707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor   **3DH Hospitality, LLC**                                              Case number *(if known)* _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.62 | $268.62 |
|---|---|---|---|---|

**Breana Lesser**
**529 N. Indiana St.**
**Elmhurst, IL 60126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $896.47 | $896.47 |
|---|---|---|---|---|

**Brian Gordan**
**1133 S. Finley Rd., #403**
**Lombard, IL 60148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.85 | $64.85 |
|---|---|---|---|---|

**Brittany Rocha**
**707 N. Kenilworth**
**Elmhurst, IL 60126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.70 | $344.70 |
|---|---|---|---|---|

**Christina Kaplan**
**617 Plum Grove Rd., 2B**
**Roselle, IL 60172**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **3DH Hospitality, LLC**  _____  Case number (if known) _____

Name

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $757.79 | $757.79 |
|---|---|---|---|---|

**Corinne Dyrda**
**21W549 North Ave #236**
**Lombard, IL 60148**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Edree Olson**
**1749 Vantage Drive**
**Shorewood, IL 60404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt / accounting services**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $221.52 | $221.52 |
|---|---|---|---|---|

**Elizabeth Bray**
**890 Sheldon Ct., Unit A**
**Wheaton, IL 60189**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $865.63 | $865.63 |
|---|---|---|---|---|

**Gina Ligeikis**
**0138 W. Medill Ave.**
**Melrose Park, IL 60164**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **3DH Hospitality, LLC**
_____    Case number (if known) _____
        Name

| | | | |
|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.42    $212.42 |

**Halley Kenyon**
**547 S. Oakland Ave.**
**Villa Park, IL 60181**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown    Unknown |

**IDES**
**Benefit Payment Control Division**
**P.O. Box 4385**
**Chicago, IL 60680**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,300.00    $6,300.00 |

**Illinois Department of Revenue**
**P.O. Box 19035**
**Springfield, IL 62794**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Taxes**

Last 4 digits of account number **7866**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown    Unknown |

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Taxes**

Last 4 digits of account number **7866**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **3DH Hospitality, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $584.20 | $584.20 |
|---|---|---|---|---|

**Jairam Navarez**
**1450 N First Ave., #4**
**Addison, IL 60101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 | $600.00 |
|---|---|---|---|---|

**John Bravo**
**12443 S. Honore St.**
**Riverdale, IL 60827**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.56 | $141.56 |
|---|---|---|---|---|

**Julian Hernandez**
**1008 S. Harvard Ave.**
**Addison, IL 60101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.18 | $75.18 |
|---|---|---|---|---|

**Kevin Cuthbertson**
**701 W. Sunset Ave.**
**Villa Park, IL 60181**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **3DH Hospitality, LLC**                                    Case number (if known) _____
_____
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $908.20 | $908.20 |
|---|---|---|---|---|

**Kevin Tierney**
**672 Hearth Ln., #206**
**Carol Stream, IL 60188**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $855.93 | $855.93 |
|---|---|---|---|---|

**Kresta Ortega**
**270 Paddock Circle**
**Glendale Heights, IL 60139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.75 | $160.75 |
|---|---|---|---|---|

**Lisa Pool**
**4751 St. Joseph Creek, Apt. 104**
**Chicago, IL 60632**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Nick Cortese**
**3880 Wehrman Ave.**
**Schiller Park, IL 60176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **3DH Hospitality, LLC** | | Case number (if known) | |
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.73 | $336.73 |
| | **Pete Tlatenchi** | Check all that apply. | | |
| | **320 27th Avenue** | ☐ Contingent | | |
| | **Melrose Park, IL 60164** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Trade debt** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.96 | $255.96 |
| | **Rafael Zamora** | Check all that apply. | | |
| | **735 E Irving Park Rd., Unit E** | ☐ Contingent | | |
| | **Roselle, IL 60172** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Trade debt** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $989.13 | $989.13 |
| | **Ray Zukowski** | Check all that apply. | | |
| | **531 W. Pleasant Lane, #2** | ☐ Contingent | | |
| | **Lombard, IL 60148** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Trade debt** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $738.27 | $738.27 |
| | **Samantha Surges** | Check all that apply. | | |
| | **442 San Carlos Rd.** | ☐ Contingent | | |
| | **Minooka, IL 60447** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Trade debt** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **3DH Hospitality, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.26 | $69.26 |
|---|---|---|---|---|
| | **Sarah Sitko**<br>**1521 Commodore Ct., #1**<br>**Schaumburg, IL 60193** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Trade debt** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.76 | $68.76 |
|---|---|---|---|---|
| | **Sean Fennessy**<br>**860 Foxworth Blvd., #111**<br>**Lombard, IL 60148** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Trade debt** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.06 | $593.06 |
|---|---|---|---|---|
| | **Timothy Zak**<br>**470 Fawell Blvd., #310**<br>**Glen Ellyn, IL 60137** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Trade debt** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,075.42 | $1,075.42 |
|---|---|---|---|---|
| | **Trina Medley**<br>**1016 S. Edson Ave.**<br>**Lombard, IL 60148** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Trade debt** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **3DH Hospitality, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Village of Lombard** | *Check all that apply.* | | |
| | **255 E. Wilson Avenue** | ☐ Contingent | | |
| | **Lombard, IL 60148** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Utility (Food Tax)** | | |
| | Last 4 digits of account number **Unknown** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Village of Lombard** | *Check all that apply.* | | |
| | **255 E. Wilson Avenue** | ☐ Contingent | | |
| | **Lombard, IL 60148** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Utility (Amusement Tax)** | | |
| | Last 4 digits of account number **Unknown** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$123.82** | **$123.82** |
|---|---|---|---|---|
| | **Vincent Cusiamo** | *Check all that apply.* | | |
| | **c/o Edree Olson Accounting 4 U** | ☐ Contingent | | |
| | **1749 Vantage Drive** | ☐ Unliquidated | | |
| | **Chicago, IL 60604** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Trade debt** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,120.16** | **$1,120.16** |
|---|---|---|---|---|
| | **Yoana Tierney** | *Check all that apply.* | | |
| | **672 Hearth Ln., #206** | ☐ Contingent | | |
| | **Carol Stream, IL 60188** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Trade debt** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | 3DH Hospitality, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $757.31 |
|---|---|---|
| **Abarr**<br>**8130 W. 47th St.**<br>**Lyons, IL 60534** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred ___ | Basis for the claim: **Services Contract** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Accident Fund**<br>**P.O. Box 40790**<br>**Lansing, MI 48901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred ___ | Basis for the claim: **Insurance** | |
| Last 4 digits of account number **2066** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|---|---|---|
| **Adella Harden**<br>**2277 S Grove St Apt 221 Bldg 200**<br>**Ypsilanti, MI 48198** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred ___ | Basis for the claim: **Loan** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,000.00 |
|---|---|---|
| **Alberto Diaz**<br>**3516 Saint Paul Ave**<br>**Bellwood, IL 60104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred ___ | Basis for the claim: **Loan** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Alsco**<br>**2641 S Leavitt Street**<br>**Chicago, IL 60608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred ___ | Basis for the claim: **Services Contract** | |
| Last 4 digits of account number **5440** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $543.07 |
|---|---|---|
| **Breakthru Beverage**<br>**P. O. Box 809180**<br>**Chicago, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred ___ | Basis for the claim: **Contract** | |
| Last 4 digits of account number **3407** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Capital One**<br>**P.O. Box 31293**<br>**Salt Lake City, UT 84131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred ___ | Basis for the claim: **Credit card purchases** | |
| Last 4 digits of account number **Unknown** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **3DH Hospitality, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,745.77**

**Clara Diaz**
**412 E. LeMoyne Street**
**Melrose Park, IL 60164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Comcast**
**1701 John F. Kennedy Boulevard**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number  **2590**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,894.48**

**ComEd**
 **P.O. Box 805379**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Eventbrite, Inc.**
**95th Third Street, 2nd Floor**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract**

Last 4 digits of account number  **0008**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Harvey Harden**
**816 Karen Drive**
**Cassville, GA 30123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,068.72**

**Inland Property Mngt**
**2901 Butterfield Road**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12-21-23**

Basis for the claim:  **Rent for1000 N. Rohlwing Road, Suite 13, Lombard, IL**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

**Manuel Uribe**
**1441 N. 9th Ave.**
**Addison, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **3DH Hospitality, LLC**                                          Case number *(if known)* _____
_____
Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00** |
|---|---|---|---|

**Maricela Diaz**
**412 E. LeMoyne Street**
**Melrose Park, IL 60164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,265.28** |
|---|---|---|---|

**Nicor Gas**
**P.O. Box 5407**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number  **7825,7291,2641**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$182,644.29** |
|---|---|---|---|

**Salvador Diaz**
**412 E. LeMoyne Street**
**Melrose Park, IL 60164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$528.90** |
|---|---|---|---|

**Southern Glazer Wine & Spirits**
**2971 Collection Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Contract**

Last 4 digits of account number  **1290**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,176.20** |
|---|---|---|---|

**Southpoint Insurance**
**15341 S 94th Ave., Ste 100**
**Orland Park, IL 60462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number  **3291,0651,2066**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Specialty Risk of America**
**P.O. Box 959220**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number  **3291**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village of Lombard**
**255 E. Wilson Avenue**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility (Water)**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **3DH Hospitality, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,554.39 |
|---|---|---|---|

**Whittingham Meats**
**4134 W 127th Street**
**Alsip, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account**
**number 8111,9797,0317,0977**

Basis for the claim: __Service Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,400.00 |
|---|---|---|---|

**Wilfredo Bravo**
**3420 W. North Ave.**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Comcast**<br>**P.O. Box 809180**<br>**Chicago, IL 60680** | Line __3.9__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197** | Line __3.10__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **IDES**<br>**P.O. Box 19300**<br>**Springfield, IL 62794** | Line __2.16__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Internal Revenue Service**<br>**1220 SW 3rd Ave., Ste. G044 M/S0175**<br>**Fairview, OR 97024** | Line __2.18__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Nicor Gas**<br>**P.O. Box 0632**<br>**Aurora, IL 60507** | Line __3.16__<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 23,472.65 |
| 5b. Total claims from Part 2 | 5b. + | $ | 392,578.41 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 416,051.06 |

**Fill in this information to identify the case:**

Debtor name     **3DH Hospitality, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Workers Compensation insurance and Employers Liability insurance policy.** | |
| | State the term remaining | **8 months (est.)** | **Accident Fund** |
| | List the contract number of any government contract | | **P.O. Box 40790 Lansing, MI 48901** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Credit card processing service agreement.** | |
| | State the term remaining | **11 months (est.)** | **Eventbrite, Inc.** |
| | List the contract number of any government contract | **Unknown** | **95th Third Street, 2nd Floor San Francisco, CA 94103** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 1000 N. Rohlwing Road, Suite 13, Lombard, IL** | |
| | State the term remaining | **9-30-27** | **Inland Property Mngt** |
| | List the contract number of any government contract | **N/A** | **2901 Butterfield Road Oak Brook, IL 60523** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Asset purchase agreement, bill of sale, and assignment of rights for the business Brauer House Bar and Grill and B-House Live.** | |
| | State the term remaining | **10 months to 32.50 months** | **SBBL, LLC** |
| | List the contract number of any government contract | **N/A** | **600 E. View Lombard, IL 60148** |

Debtor 1    **3DH Hospitality, LLC**                                                    Case number (*if known*)
     First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial General Liability, Liquor, and Umbrella insurance policy.   Provided by Acord (insurance producer is Southpoint Insurance Agency, Inc.).** | |
|---|---|---|---|
| | State the term remaining | **8 months (est.)** | **Specialty Risk of America** |
| | List the contract number of any government contract | | **P.O. Box 959220**<br>**Saint Louis, MO 63195** |

**Fill in this information to identify the case:**

Debtor name   **3DH Hospitality, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Carolina Diaz** | **1008 S. Harvard Ave. Addison, IL 60101** | **Inland Property Mngt** | ☐ D _____ <br> ■ E/F __3.13__ <br> ☐ G _____ |
| 2.2   **Carolina Diaz** | **1008 S. Harvard Ave. Addison, IL 60101** | **WebBank** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3   **Carolina Diaz** | **1008 S. Harvard Ave. Addison, IL 60101** | **Inland Property Mngt** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.3__ |

**Fill in this information to identify the case:**

Debtor name      **3DH Hospitality, LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business | $275,884.20 |
   | | ☐ Other _____ | |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | 3.1. **WebBank c/o Toast Capital 401 Park Drive, Suite 801 Boston, MA 02215** | **Various payments (burndown) from 3-28-24 to 4-26-24.** | $6,754.19 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **3DH Hospitality, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2.  **SBBL, LLC**<br>**600 E. View**<br>**Lombard, IL 60148** | **Five payments from 3-3-24 to 4-23-24** | $8,224.97 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | **4-26-24** | $3,059.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Taxes owed.** |
| 3.4.  **Illinois Department of Revenue**<br>**P.O. Box 19035**<br>**Springfield, IL 62794** | **5-2-24** | $1,626.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Taxes owed.** |
| 3.5.  **IDES**<br>**P.O. Box 4385**<br>**Chicago, IL 60680** | **4-12-24** | $2,987.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Taxes owed.** |
| 3.6.  **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | **4-11-24** | $3,230.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Taxes owed.** |
| 3.7.  **Illinois Department of Revenue**<br>**P.O. Box 19035**<br>**Springfield, IL 62794** | **4-4-24** | $1,960.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Taxes owed.** |
| 3.8.  **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | **4-4-24** | $3,346.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Taxes owed.** |
| 3.9.  **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | **4-4-24** | $3,207.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Taxes owed.** |

Debtor    **3DH Hospitality, LLC**                                  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101 | **4-3-24** | **$3,739.38** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Taxes owed.** |
| 3.11. **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101 | **4-3-24** | **$121.40** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Taxes owed.** |
| 3.12. **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101 | **3-18-24** | **$3,678.60** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Taxes owed.** |
| 3.13. **Illinois Department of Revenue** P.O. Box 19035 Springfield, IL 62794 | **3-11-24** | **$1,689.47** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Taxes owed.** |
| 3.14. **Illinois Department of Revenue** P.O. Box 19035 Springfield, IL 62794 | **3-20-24** | **$7,265.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Taxes owed.** |
| 3.15. **IDES** P.O. Box 4385 Chicago, IL 60680 | **1-10-24** | **$486.63** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Taxes owed.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor   **3DH Hospitality, LLC**   Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Various fruits, vegetables, meats, cheese, and dairy liquids.  Items are perishable in nature.** | **N/A** | **Sometime in late April / May 2024.** | **Unknown** |

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor    **3DH Hospitality, LLC**                                    Case number *(if known)*

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Firas Law, LLC 18927 Hickory Creek Drive,Suite 115 Mokena, IL 60448** | | **On or about May 7, 2024.** | **$4,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Maricela Diaz** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Inland Property Management&Leasing Group 2901 Butterfield Road Oak Brook, IL 60523** | **Security deposit held by Inland Property Management in the amount of $15,379.15 (lease for 1000 N. Rohlwing Road, Suite 13, Lombard, IL). Initial deposit was made on or about December 21, 2023, and may be deducted by the landlord for past due rent.** | **On or about 12-21-23.** | **$15,379.15** |
| | Relationship to debtor **Landlord / Tenant** | | | |
| 13.2. | **Various Customers** | **Refunds to various customers for future events that were cancelled (via Eventbrite).  Funds were not transferred to the Debtor's account.** | | **Unknown** |
| | Relationship to debtor **Various Customers** | | | |

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Debtor    **3DH Hospitality, LLC**　　　　　　　　　　　　　　Case number *(if known)*　　　　　　　　

| Address | Dates of occupancy From-To |
|---------|---------------------------|
|  |  |

## Part 8:　Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------|---------|---------|
|  |  |  |

## Part 9:　Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Customer names and email addresses are collected when tickets for live events are purchased by and through Eventbrite.com.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:　Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---------|---------|---------|---------|---------|
|  |  |  |  |  |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---------|---------|---------|---------|
|  |  |  |  |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **3DH Hospitality, LLC**                                    Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

| Debtor | 3DH Hospitality, LLC | Case number (if known) | |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Carolina Diaz**<br>**1008 S. Harvard Ave.**<br>**Addison, IL 60101** | **Since 2-2024 to current.** |
| 26a.2. | **Edree M. Olson Accounting 4 U**<br>**1749 Vantage Drive**<br>**Shorewood, IL 60404** | **Since 2-2024 to current.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Village of Lombard**<br>**255 E Wilson Avenue**<br>**Lombard, IL 60148** |
| 26d.2. | **Inland Property Mngt**<br>**2901 Butterfield Road**<br>**Oak Brook, IL 60523** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carolina Diaz | 1008 S. Harvard Ave.<br>Addison, IL 60101 | Manager | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor   **3DH Hospitality, LLC**                                    Case number *(if known)* _____

☒ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Carolina Diaz<br>1008 S. Harvard Ave.<br>Addison, IL 60101 | $7,000.00 | 2-5-24 | Transferred to personal account and applied to the deposit paid to Inland for the rent deposit, totalling $15,379.15 (posted 2-6-24). |
| | **Relationship to debtor**<br>**Manager** | | | |
| 30.2. | Carolina Diaz<br>1008 S. Harvard Ave.<br>Addison, IL 60101 | $10,000.00 | 2-5-24 | Transferred to personal account and applied to the deposit paid to Inland for the rent deposit, totalling $15,379.15 (posted 2-6-24). |
| | **Relationship to debtor**<br>**Manager** | | | |
| 30.3. | Carolina Diaz<br>1008 S. Harvard Ave.<br>Addison, IL 60101 | $1,200.00 | 2-15-24 | Transferred to personal account and paid for bands performing (entertainment) and beer. Payments made with the checks from personal account. |
| | **Relationship to debtor**<br>**Manager** | | | |
| 30.4. | Carolina Diaz<br>1008 S. Harvard Ave.<br>Addison, IL 60101 | $2,222.00 | 2-17-24 | Transferred funds back to business account. |
| | **Relationship to debtor**<br>**Manager** | | | |

Debtor   **3DH Hospitality, LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **Carolina Diaz**<br>**1008 S. Harvard Ave.**<br>**Addison, IL 60101** | $100.00 | 2-17-24. | Draw. |
| | **Relationship to debtor**<br>**Manager** | | | |
| 30.6. | **Carolina Diaz**<br>**1008 S. Harvard Ave.**<br>**Addison, IL 60101** | $993.20 | 2-21-24 | Draw. |
| | **Relationship to debtor**<br>**Manager** | | | |
| 30.7. | **Carolina Diaz**<br>**1008 S. Harvard Ave.**<br>**Addison, IL 60101** | $900.00 | 2-26-24 | Draw. |
| | **Relationship to debtor**<br>**Manager** | | | |
| 30.8. | **Carolina Diaz**<br>**1008 S. Harvard Ave.**<br>**Addison, IL 60101** | $1,500.00 | 2-29-24 | Draw. |
| | **Relationship to debtor**<br>**Manager** | | | |
| 30.9. | **Carolina Diaz**<br>**1008 S. Harvard Ave.**<br>**Addison, IL 60101** | $16,000.00 | 3-11-24 | **Transferred funds to personal account and paid to Inland for rent, totalling $15,379.15 (posted 3-11-24 in personal checking account).** |
| | **Relationship to debtor**<br>**Manager** | | | |
| 30.10. | **Carolina Diaz**<br>**1008 S. Harvard Ave.**<br>**Addison, IL 60101** | $300.00 | 3-22-24 | Draw. |
| | **Relationship to debtor**<br>**Manager** | | | |
| 30.11. | **Carolina Diaz**<br>**1008 S. Harvard Ave.**<br>**Addison, IL 60101** | $2,000.00 | 4-12-24 | **Transferred funds back to business account.** |
| | **Relationship to debtor**<br>**Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor     **3DH Hospitality, LLC**                                           Case number *(if known)*

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 18, 2024**

**/s/ Carolina Diaz**                                    **Carolina Diaz**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor      **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **3DH Hospitality, LLC**
Debtor(s)

Case No.
Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **4,500.00** |
| Prior to the filing of this statement I have received | $ **4,500.00** |
| Balance Due | $ **0.00** |

2.    $ **0.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify): **Maricela Diaz (sister)**

4.    The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions, or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 18, 2024**
*Date*

**/s/ Firas M. Abunada**
**Firas M. Abunada**
*Signature of Attorney*
**Firas Law, LLC**
**18927 Hickory Creek Drive, Suite 115**
**Mokena, IL 60448**
**815-450-9340**
**fma@firaslaw.com**
*Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re  **3DH Hospitality, LLC**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:        **79**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **June 18, 2024**

**/s/ Carolina Diaz**
**Carolina Diaz/Manager**
Signer/Title

Abarr
8130 W. 47th St.
Lyons, IL 60534

Accident Fund
P.O. Box 40790
Lansing, MI 48901

Accident Fund
P.O. Box 40790
Lansing, MI 48901

Adella Harden
2277 S Grove St Apt 221 Bldg 200
Ypsilanti, MI 48198

Alan Caliendo
808 S. Fairfield
Lombard, IL 60148

Alberto Diaz
3516 Saint Paul Ave
Bellwood, IL 60104

Alesa Mueller
610 State Street St.
Saint Charles, IL 60174

Alsco
2641 S Leavitt Street
Chicago, IL 60608

Amy Stevens
1314 Kensington Road, Unit 3482
Hinsdale, IL 60522

Anna Luciano
258 W Parkview Dr.
Addison, IL 60101

Ariel Muersch
15556 W 151st St.
Homer Glen, IL 60491

Ava Dill
2840 N 73rd Court, Unit Basement
Elmwood Park, IL 60707


Breakthru Beverage
P. O. Box 809180
Chicago, IL 60680


Breana Lesser
529 N. Indiana St.
Elmhurst, IL 60126


Brian Gordan
1133 S. Finley Rd., #403
Lombard, IL 60148


Brittany Rocha
707 N. Kenilworth
Elmhurst, IL 60126


Capital One
P.O. Box 31293
Salt Lake City, UT 84131


Carolina Diaz
1008 S. Harvard Ave.
Addison, IL 60101


Carolina Diaz
1008 S. Harvard Ave.
Addison, IL 60101


Carolina Diaz
1008 S. Harvard Ave.
Addison, IL 60101


Christina Kaplan
617 Plum Grove Rd., 2B
Roselle, IL 60172


Clara Diaz
412 E. LeMoyne Street
Melrose Park, IL 60164

Comcast
1701 John F. Kennedy Boulevard
Philadelphia, PA 19101


Comcast
P.O. Box 809180
Chicago, IL 60680


ComEd
 P.O. Box 805379
Chicago, IL 60680


ComEd
P.O. Box 6111
Carol Stream, IL 60197


Corinne Dyrda
21W549 North Ave #236
Lombard, IL 60148


Edree Olson
1749 Vantage Drive
Shorewood, IL 60404


Elizabeth Bray
890 Sheldon Ct., Unit A
Wheaton, IL 60189


Eventbrite, Inc.
95th Third Street, 2nd Floor
San Francisco, CA 94103


Eventbrite, Inc.
95th Third Street, 2nd Floor
San Francisco, CA 94103


Gina Ligeikis
0138 W. Medill Ave.
Melrose Park, IL 60164


Halley Kenyon
547 S. Oakland Ave.
Villa Park, IL 60181

Harvey Harden
816 Karen Drive
Cassville, GA 30123


IDES
Benefit Payment Control Division
P.O. Box 4385
Chicago, IL 60680


IDES
P.O. Box 19300
Springfield, IL 62794


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794


Inland Property Mngt
2901 Butterfield Road
Oak Brook, IL 60523


Inland Property Mngt
2901 Butterfield Road
Oak Brook, IL 60523


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service
1220 SW 3rd Ave., Ste. G044 M/S0175
Fairview, OR 97024


Jairam Navarez
1450 N First Ave., #4
Addison, IL 60101


John Bravo
12443 S. Honore St.
Riverdale, IL 60827


Julian Hernandez
1008 S. Harvard Ave.
Addison, IL 60101

Kevin Cuthbertson
 701 W. Sunset Ave.
Villa Park, IL 60181


Kevin Tierney
672 Hearth Ln., #206
Carol Stream, IL 60188


Kresta Ortega
270 Paddock Circle
Glendale Heights, IL 60139


Lisa Pool
4751 St. Joseph Creek, Apt. 104
Chicago, IL 60632


Manuel Uribe
1441 N. 9th Ave.
Addison, IL 60101


Maricela Diaz
412 E. LeMoyne Street
Melrose Park, IL 60164


Nick Cortese
3880 Wehrman Ave.
Schiller Park, IL 60176


Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197


Nicor Gas
P.O. Box 0632
Aurora, IL 60507


Pete Tlatenchi
320 27th Avenue
Melrose Park, IL 60164


Rafael Zamora
735 E Irving Park Rd., Unit E
Roselle, IL 60172

Ray Zukowski
531 W. Pleasant Lane, #2
Lombard, IL 60148


Salvador Diaz
412 E. LeMoyne Street
Melrose Park, IL 60164


Samantha Surges
442 San Carlos Rd.
Minooka, IL 60447


Sarah Sitko
1521 Commodore Ct., #1
Schaumburg, IL 60193


SBBL, LLC
600 E. View
Lombard, IL 60148


SBBL, LLC
258 Parkview Drive
Addison, IL 60101


SBBL, LLC
600 E. View
Lombard, IL 60148


Sean Fennessy
860 Foxworth Blvd., #111
Lombard, IL 60148


Southern Glazer Wine & Spirits
2971 Collection Center Dr.
Chicago, IL 60693


Southpoint Insurance
15341 S 94th Ave., Ste 100
Orland Park, IL 60462


Specialty Risk of America
P.O. Box 959220
Saint Louis, MO 63195

Specialty Risk of America
P.O. Box 959220
Saint Louis, MO 63195


Stacey Lynch Law, Inc.
16357 Olcott Ave.
Tinley Park, IL 60477


Timothy Zak
470 Fawell Blvd., #310
Glen Ellyn, IL 60137


Trina Medley
1016 S. Edson Ave.
Lombard, IL 60148


Village of Lombard
255 E. Wilson Avenue
Lombard, IL 60148


Village of Lombard
255 E. Wilson Avenue
Lombard, IL 60148


Village of Lombard
255 E. Wilson Avenue
Lombard, IL 60148


Vincent Cusiamo
c/o Edree Olson Accounting 4 U
1749 Vantage Drive
Chicago, IL 60604


WebBank
c/o Toast Capital
401 Park Drive, Suite 801
Boston, MA 02215


WebBank
c/o Toast Capital
215 South State Street, Suite 100
Salt Lake City, UT 84111

Whittingham Meats
4134 W 127th Street
Alsip, IL 60803


Wilfredo Bravo
3420 W. North Ave.
Chicago, IL 60647


Yoana Tierney
672 Hearth Ln., #206
Carol Stream, IL 60188

# United States Bankruptcy Court
### Northern District of Illinois

In re   **3DH Hospitality, LLC**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **3DH Hospitality, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Carolina Diaz**
**1008 S. Harvard Ave.**
**Addison, IL 60101**

☐ None [*Check if applicable*]

**June 18, 2024**

Date

**/s/ Firas M. Abunada**

**Firas M. Abunada**

Signature of Attorney or Litigant
Counsel for   **3DH Hospitality, LLC**

**Firas Law, LLC**
**18927 Hickory Creek Drive, Suite 115**
**Mokena, IL 60448**
**815-450-9340**
**fma@firaslaw.com**